1
2
3
4                                    *E-FILED - 8/2/10*
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
    GREGORY COLBERT,                    )          No. C 10-2620 RMW (PR)
11                                      )
                        Petitioner,     )          JUDGMENT
12                                      )
        vs.                             )
13                                      )
                                        )
14  WARDEN MICHAEL MARTEL,              )
                                        )
15                      Respondent.     )
    _____ )
16
17        This action is dismissed as duplicative of an earlier-filed action.

18        IT IS SO ORDERED.

19  DATED:  _ 7/30/10  _____          *Ronald M. Whyte*
20                                      RONALD M. WHYTE
                                        United States District Judge
21
22
23
24
25
26
27
28

    Judgment
    P:\PRO-SE\SJ.Rmw\HC.10\Colbert620jud.wpd